UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7091

PAUL MCDONALD,

                                          Plaintiff - Appellant,

        versus

RODRICK R. SOWERS, Warden; M. STAUFFER, CO #2,

                                          Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
04-4035-PJM)

Submitted:  April 26, 2006          Decided:  October 31, 2006

Before WILKINSON, LUTTIG,* and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul McDonald, Appellant Pro Se.  David Phelps Kennedy, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

_____

        *Judge Luttig was a member of the original panel but did not
participate in this decision.  This opinion is filed by a quorum of
the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Paul McDonald appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McDonald v. Sowers, No. CA-04-4035-PJM (D. Md. June 20, 2005). We deny McDonald's motions for appointment of counsel and for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED